IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**HANCOCK BANK, a Mississippi bank,**

    **Plaintiff,**

v.                               **CASE NO. 5:13-cv-37-RS-GRJ**

**TAUNTON TRUSS, INC., et al.,**

    **Defendants.**

_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 22). No objections have been filed.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. Plaintiff's Motion for Final Summary Judgment, Request for Judicial Notice, For Appointment of Special Master (Doc. 20) is **GRANTED**.

3. Michael Raybourn is appointed as the special master to handle the foreclosure sale.

**ORDERED** on May 31, 2013.

                                          _/S/ Richard Smoak_
                                          **RICHARD SMOAK
                                          UNITED STATES DISTRICT JUDGE**